Malcolm Segal (SBN 075481)
James P. Mayo (SBN 169897)
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA 95814-4407
Telephone: (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIRIT PATEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:12-CR-0306-JAM |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT KIRIT PATEL'S AMENDED WAIVER OF APPEARANCE AND ORDER** |
| KIRIT PATEL, | |
| Defendant. _____/ | _____ |

The defendant, Kirit Patel, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.
///

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of the Act without defendant being present.

The original signed copy of this waiver is preserved by Mr. Patel's counsel.

Dated: September 7, 2012

/s/ Kirit Patel

KIRIT PATEL

I agree with and consent to my client's waiver of appearance.

Dated: September 7, 2012         **SEGAL & KIRBY LLP**

By:   /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorneys for Defendant
KIRIT PATEL

IT IS SO ORDERED.

Dated: September 10, 2012

/s/ John A. Mendez
JOHN A MENDEZ
United States District Court Judge