Malcolm Segal (SBN 075481)
James P. Mayo (SBN 169897)
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814-4407
Telephone:  (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIRIT PATEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIRIT PATEL,<br><br>Defendant.<br>_____/ | CASE NO: 2:12-CR-0306-JAM<br><br>**STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS OF PRETRIAL RELEASE RE TRAVEL RESTRICTIONS**<br>_____ |

The defendant, KIRIT PATEL, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Morris, along with the Pre-Trial Services, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the state of California shall be temporarily modified as follows:   The defendant is permitted to travel outside of California, to and from Austin, Texas, during the time period of October 3, 2012 through October 17, 2012, for the purpose of visiting with his son and grandchildren who reside there.

///

///

| | | |
|---|---|---|
| Dated: September 24, 2012 | | Respectfully submitted, |
| | | **SEGAL & KIRBY LLP** |
| | By: | /s/ James P. Mayo |
| | | JAMES P. MAYO |
| | | Attorneys for Defendant |
| | | KIRIT PATEL |

Dated: September 24, 2012        BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/ Matthew Morris
                                 MATTHEW MORRIS
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   September 25, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE