```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,       )  CASE NO. 2:12-cr-306-JAM
                                    )
13              Plaintiff,          )  Related Case: 2:12-cv-855-JAM
                                    )
14  v.                              )
                                    )  STIPULATION AND ORDER TO SET
15  KIRIT PATEL,                    )  STATUS CONFERENCE IN THE
                                    )  CRIMINAL CASE AND EXCLUDE TIME
16              Defendant.          )  FOR THE PURPOSES OF THE SPEEDY
                                    )  TRIAL ACT
17                                  )
                                    )
18
```

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 17, 2012, before Judge Shubb and time was excluded for the purposes of the Speedy Trial Act.

2. On September 5, 2012, the case was reassigned pursuant to a related case order, and the status hearing date before Judge Shubb was vacated.

3. By this stipulation, the parties now move to schedule the

1

case for a status conference before the Court on October 2, 2012, and to exclude time between September 17, 2012 and October 2, 2012 under Local Code T4.

    3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties are in discussions about the scope of discovery, the extent to which other government agencies constitute "the government" for the purposes of discovery, and the most efficient format for discovery to take (particularly electronically stored information.)

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The defendant is aware of and consents to the continuance.

    c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2012, and October 2, 2012 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1   4. Nothing in this stipulation and order shall preclude a
2 finding that other provisions of the Speedy Trial Act dictate that
3 additional time periods are excludable from the period
4 within which a trial must commence.
5 IT IS SO STIPULATED.

7 DATED:    September 27, 2012.
8                  /s/ Matthew G. Morris
                   MATTHEW G. MORRIS
9                  Assistant United States Attorney

10 DATED:    September 27, 2012.

12                 /s/ Malcom S. Segal
                   MALCOLM S. SEGAL
13                 Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of September, 2012.

                   /s/ John A. Mendez
                   UNITED STATES DISTRICT COURT JUDGE