BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-306-JAM |
| Plaintiff, | STIPULATION AND ORDER SETTING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| KIRIT PATEL | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move to set a status conference on December 17, 2013, and to exclude time between November 22, 2013, and December 17, 2013, under the Speedy Trial Act.

2. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided a significant amount of discovery from the investigation and from the parallel FTC investigation.

b. The parties are reviewing the discovery for the purpose of determining an appropriate trial schedule. Counsel for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

STIPULATION AND PROPOSED ORDER     1

d. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 22, 2013, to December 17, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 22, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: November 22, 2013  /s/ Malcolm Segal (auth. by phone 11/22/13)
MALCOLM SEGAL
Attorney for Kirit Patel

**O R D E R**

IT IS SO FOUND AND ORDERED this 22ND day of November, 2013.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE